FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-21-00550-CV

Jose **VAZQUEZ-VICENTE**, M.D. d/b/a Advanced Health Institute for Women's Health, P.A.,
Appellant

v.

Priscilla **VILLARREAL-TREVINO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVB001055D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Beth Watkins, Justice

Appellee's Motion for Leave to File Out of Time and Request for Extension of Time to File Brief is hereby GRANTED.

It is so on **ORDERED** May 17, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT